# EXHIBIT 2

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082 (hereinafter "the '082 patent") by Sceris, Inc. ("Sceris"). In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Sceris systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to

Sceris document management solution. (*see, e.g.*, ScerIS-DMS-Document-Management-Systems, https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf) (Exhibit 4) and ETCETERA-ECM-Overview, https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf) (Exhibit 5) (the "Accused Instrumentalities").

These claim charts demonstrate Sceris' infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Sceris has not yet provided any non-public information. An analysis of Sceris' (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star. Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that Sceris directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through Sceris' provision of the Accused Instrumentalities. However, to the extent that Sceris attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any substantial differences

1 of 41

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Sceris.  Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>In particular, the Accused Instrumentalities include "ScerIS/DMS", which uses a system for proofing electronic documents delivered over a network.<br><br>MARLBOROUGH, Mass., June 18, 2020 /PRNewswire/ -- ScerIS, Inc., a 27-year-old software developer and solutions resource that i changing the way its clients imagine, design and develop applications and efficient digital work processes, is excited to announce t ETCETERA® Economic Recovery Software Grant Program in partnership with Recruiting and Staffing Agencies nationwide.<br><br>Source: ScerIS Announces Economic Recovery Software Grant Program<br><br>https://www.prnewswire.com/news-releases/sceris-announces-economic-recovery-software-grant-program-301079016.html  (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

ScerIS is a resource to its customers for Big Impact solutions and services. Founded in 1993, the company's focus is to help customers retool business processes, automate people centric work, improve workforce productivity and utilize key performance indicators that help position them for increased profitability.

ScerIS is a resource to its customers in healthcare, financial services, business and government. Serving 16 major markets and over 100 industries, ScerIS provides:

- Business Process Improvement Solutions
- Business Intelligence Reporting and Data Analytics Tools
- Mobile Workforce Solutions
- Custom System Design, Development and Implementation
- Business Process Outsourcing

ScerIS is the software developer of ETCETERA®, the platform for business process improvement, content management, business intelligence and data analysis. ScerIS also provides Managed Cloud Services, Professional Services and Outsourced Services rounding out its value to customers.

Source: About ScerIS

https://web.archive.org/web/20190823042706/https://www.sceris.com/about/  (annotations added)

ScerIS/DMS – Document Management Systems is one of three core technology platforms in the ScerIS Solutions Suite along with ScerIS/PAS - Process Automation Systems and ScerIS/WPS - Work Process Systems. ScerIS technologies enable low cost, customer-managed, easy and quick development of solutions.

ScerIS/DMS is an application platform that provides for the configuration and deployment of thousands of uses, each meeting your exact requirements. ScerIS/DMS brings the control of solutions designed to the user with easily configured document classes, indexes, workflows, capture methodologies, and more.

Source: ScerIS-DMS-Document-Management-Systems, p.1

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | ScerIS/DMS in its most basic use is an electronic document repository used for scanning documents; importing graphic files such as PDFs, JPEGs and DICOMs; importing files of multiple formats; importing print files; and storing documents presented by the ScerIS/PAS and ScerIS/WPS application environments.<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.2<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added)<br><br><br>Users can view the documents within document classes for which they have permission. Documents within a document class are automatically or manually secured which further restricts access. Documents can be accessed by users across document classes. Documents can be seamlessly accessed from host applications.<br><br>Source: ScerIS-DMS-Document-Management-System, p.2<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

|  |  |
|---|---|
|  | ScerIS/DMS in a more advanced use provides for process reviews and authorizations, alerts users to specific events or conditions, and seamlessly enables other applications with supporting documentation.<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.2<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**



Source: ScerIS-DMS-Document-Management-Systems, p.2

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network. |
| | An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62). |
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents.  The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |
| **a database of portable format electronic documents stored together with at least one proofer identifier;** | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.** |
| | The Accused Instrumentalities include a database of portable format electronic documents. |
| | In particular, the Accused Instrumentalities include "ScerIS/DMS" which uses a database (electronic repository) of documents including portable format electronic documents. |
| | ScerIS/DMS integrates seamlessly with ScerIS/PAS, ScerIS/WPS and a multitude of host applications. ScerIS/DMS provides for an electronic repository of documents that includes self-managed and automated records retention processes. |
| | Source: ScerIS-DMS-Document-Management-Systems, p.2 |
| | https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | ScerIS/DMS in its most basic use is an electronic document repository used for scanning documents; importing graphic files such as PDFs, JPEGs and DICOMs; importing files of multiple formats; importing print files; and storing documents presented by the ScerIS/PAS and ScerIS/WPS application environments.<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.2<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added)<br><br><br>ScerIS/DMS helps organizations achieve compliance requirements. Best of all may be that ScerIS/DMS self-manages the database environment and doesn't require a database administrator. Additionally ScerIS/DMS self-manages all stored document files and document volumes.<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.2<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**



Standard Search Results with Image

Source: ScerIS-DMS-Document-Management-Systems, p.3

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | The Accused Instrumentalities include the database of portable format electronic documents stored together with at least one proofer identifier. |
| | In particular, the Accused Instrumentalities include "ScerIS/DMS", which uses a database (electronic repository) of document (portable format electronic documents), stored together with at least one proofer identifier. |
| | Users can view the documents within document classes for which they have permission. Documents within a document class are automatically or manually secured which further restricts access. Documents can be accessed by users across document classes. Documents can be seamlessly accessed from host applications. |
| | Source: ScerIS-DMS-Document-Management-Systems, p.2 |
| | https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf (annotations added) |
| | ScerIS/DMS is scalable, from single-user standalone environments to thousands of users. Part of its scalability lies in a unique file storage methodology that also protects documents from unauthorized access. This file structure also provides faster storage and retrieval methodologies and supports rapid backup and recovery processes. Document classes and individual documents are automatically secured to restrict unauthorized access. |
| | Source: ScerIS-DMS-Document-Management-Systems, p.1 |
| | https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | **Security:** ScerIS Authorization Services (ScerIS/AUTH) provides user authentication and authorization and serves as the access and permissions sub-system for several ScerIS applications. ScerIS/AUTH provides for complete customization for user groups and permissions. ScerIS/DMS – Document Management Systems authorizations are easily configured and are included with the ScerIS/DMS deployment. ScerIS/AUTH leverages Windows Authentication and Single Sign-On.<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.4<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**



Source: ScerIS-DMS-Document-Management-Systems, p.2

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16

| | |
|---|---|
| | The ScerIS Solutions Team works with your assigned administrators to develop and implement system requirements for document classes, new process requirements, methods for document capture, document indexing, integration to host applications and databases and security requirements. The solution created is personalized to your organization's needs.<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.3<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added)<br><br><br>The Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier.<br><br>An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

### LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

#### U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16

| | |
|---|---|
| **a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents; and** | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.**<br><br>The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments.<br><br>In particular, the Accused Instrumentalities include "ScerIS/DMS" which uses "Create Notes" for receiving reviewers' notes (comments).<br><br><br>Scanning Interface<br><br>Source: ETCETERA-ECM-Overview, p.3<br><br>https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| |
|---|
| Document Viewing<br>    Image Handling Functions<br>    Adding Notes<br>    Viewing Notes<br>    Image Redaction<br>    Print File Viewing (with Form Overlay)<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.4<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added)<br><br><br>User Profiles<br>    Advanced Password Policy<br>    Password Expiration Period<br>    Menu/Access Level<br>    Allow Notes Creation<br>    Allow Notes Viewing<br>    Notes Signature<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.4<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

|  |  |
|---|---|
|  | 1. The document is presented in the viewer, which is available in the browser and on mobile devices.<br><br>2. Thumbnails are presented of the pages in the document.  For emails with attachments, the attachments are listed in this panel and when selected are presented in the view.<br><br>3. The user can easily navigate between pages in a document using page flippers or insert page number.<br><br>4. The user can easily navigate between documents using document flippers, or select the document number in the list provided.<br><br>5. The user can add a private or public note.<br><br>Source: ScerIS etcetera-ecm<br><br>https://web.archive.org/web/20190823042642/https://www.sceris.com/etcetera-ecm/ (annotations added) |

## LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

### U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16



Source: ScerIS etcetera-ecm

https://web.archive.org/web/20190823042642/https://www.sceris.com/etcetera-ecm/ (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents. |
| | In particular, the Accused Instrumentalities include "ScerIS/DMS" which uses "Create Notes" for receiving reviewers' notes (comments), each concerning a particular one of the portable format documents.  Source: ETCETERA-ECM-Overview, p.3 https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf  (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.<br><br>An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60." (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon review of displayed document versions, proofers 52 may return comments 70 to central computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents;** | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.**<br><br>The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "ScerIS/DMS" which includes a program executing on computer for associating and storing the received "plurality of comments (i.e., notes)" together with "document" (i.e., the particular portable format electronic documents) in database (i.e., repository). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**



Scanning Interface

Source:  ETCETERA-ECM-Overview, p.3

https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

|  |  |
|---|---|
|  | Document Viewing<br>   Image Handling Functions<br>   Adding Notes<br>   Viewing Notes<br>   Image Redaction<br>   Print File Viewing (with Form Overlay)<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.4<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added)<br><br><br>User Profiles<br>   Advanced Password Policy<br>   Password Expiration Period<br>   Menu/Access Level<br>   Allow Notes Creation<br>   Allow Notes Viewing<br>   Notes Signature<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.4<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

ScerIS/DMS in its most basic use is an electronic document repository used for scanning documents; importing graphic files such as PDFs, JPEGs and DICOMs; importing files of multiple formats; importing print files; and storing documents presented by the ScerIS/PAS and ScerIS/WPS application environments.

Source: ScerIS-DMS-Document-Management-Systems, p.2

https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf  (annotations added)

ScerIS/DMS helps organizations achieve compliance requirements. Best of all may be that ScerIS/DMS self-manages the database environment and doesn't require a database administrator. Additionally ScerIS/DMS self-manages all stored document files and document volumes.

Source: ETCETERA-ECM-Overview, p.2

https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf  (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**



Source: ETCETERA-ECM-Overview, p.3

https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf  (annotations added)

The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents.  The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |
| **said computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document;** | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.**<br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier.<br><br>In particular, the Accused Instrumentalities include "ScerIS/DMS" which includes computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier).<br><br>**Document Access and Delivery**<br><br>Portals can present documents from ECM, including:<br><br>• Public records (e.g., permits, licenses, inspectional documents)<br>• Statements or invoices (e.g., utility bills, open balances)<br>• Compliance materials and customer communications<br><br>Documents can be filtered and served based on user credentials or search criteria, and actions can be logged for audit purposes.<br><br>**Example**: Boston's Inspectional Services portal allows constituents to search and retrieve public-facing records related to permits and inspections, filtered by address, permit number, or date range.<br><br>Source: Document Access and Delivery<br><br>https://www.sceris.com/etcetera-portals/  (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

|  | **Security:** ScerIS Authorization Services (ScerIS/AUTH) provides user authentication and authorization and serves as the access and permissions sub-system for several ScerIS applications.  ScerIS/AUTH provides for complete customization for user groups and permissions. ScerIS/DMS – Document Management Systems authorizations are easily configured and are included with the ScerIS/DMS deployment. ScerIS/AUTH leverages Windows Authentication and Single Sign-On. <br><br> Source: ScerIS-DMS-Document-Management-Systems, p.4 <br><br> https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf <br> (annotations added) |
|---|---|

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**



Source: SceriS-DMS-Document-Management-Systems, p.2

https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf  (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document. |
| | In particular, the Accused Instrumentalities include "ScerIS/DMS" which includes computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier) to review the document (i.e., portable format document). |

ScerIS/DMS in a more advanced use provides for process reviews and authorizations, alerts users to specific events or conditions, and seamlessly enables other applications with supporting documentation.

Source: ScerIS-DMS-Document-Management-Systems, p.2

https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf  (annotations added)

Users can view the documents within document classes for which they have permission. Documents within a document class are automatically or manually secured which further restricts access. Documents can be accessed by users across document classes. Documents can be seamlessly accessed from host applications.

Source: ScerIS-DMS-Document-Management-Systems, p.2

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

ScerIS/DMS is scalable, from single-user standalone environments to thousands of users. Part of its scalability lies in a unique file storage methodology that also protects documents from unauthorized access. This file structure also provides faster storage and retrieval methodologies and supports rapid backup and recovery processes. Document classes and individual documents are automatically secured to restrict unauthorized access.

Source: ScerIS-DMS-Document-Management-Systems, p.1

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

ScerIS/DMS in its most basic use is an electronic document repository used for scanning documents; importing graphic files such as PDFs, JPEGs and DICOMs; importing files of multiple formats; importing print files; and storing documents presented by the ScerIS/PAS and ScerIS/WPS application environments.

Source: ScerIS-DMS-Document-Management-Systems, p.2

https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf  (annotations added)

## LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

### U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16



Source: SceRIS-DMS-Document-Management-Systems.pdf, p.3

https://www.sceris.com/wp-content/uploads/2012/12/SceRIS-DMS-Document-Management-Systems.pdf
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents.  The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |
| **said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.** | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document.<br><br>In particular, the Accused Instrumentalities include "ScerIS/DMS" which provides program for retrieving and formatting "document" (i.e., the requested document).<br><br>ScerIS/DMS is scalable, from single-user standalone environments to thousands of users. Part of its scalability lies in a unique file storage methodology that also protects documents from unauthorized access. This file structure also provides faster storage and retrieval methodologies and supports rapid backup and recovery processes. Document classes and individual documents are automatically secured to restrict unauthorized access.<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.1<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

Retrievals are conducted from within the ScerIS Simple Search or Advanced Search Query environments or dynamically from other host applications. Search results can be selected for viewing, printing, exporting or emailing. The search results list can be transferred into a spreadsheet.

Source: ScerIS-DMS-Document-Management-Systems, p.2

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

**Document Searching, Retrieval and Viewing**
Searching and Retrieval
Standard Search Query
Advanced Search Query
Search Results
Tabbed Presentation Results
User Defined Search Preferences
Text Search
Print
Export
Send To (Email)

Source: ScerIS-DMS-Document-Management-Systems, p.4

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

**Document Retrieval:** Standard or Advanced Search Query functions produce Search Results (list of documents whose index values match those in the query). Queries can be based on exact matches, wild cards, ranges of values and <,>,< and >  Print Files can be further searched using the Text Searching function. Search results can be presented in a simple listing or in a tabbed presentation that typically represents the organization of documents in paper folders.

Source: ScerIS-DMS-Document-Management-Systems, p.4

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

**Seamless Integration:** Request documents directly from host applications using ScerIS Seamless Integration or add "Get Document" functions to existing applications and request documents using an URL address.

Source: ScerIS-DMS-Document-Management-Systems, p.4

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**



The Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

In particular, the Accused Instrumentalities include "ScerIS/DMS", which includes "Create notes" for retrieving and formatting "document" (i.e., the requested document) together with the associated plurality of comments (i.e., notes) for simultaneous display to permit review.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

Document Viewing
    Image Handling Functions
    Adding Notes
    Viewing Notes
    Image Redaction
    Print File Viewing (with Form Overlay)

Source: ScerIS-DMS-Document-Management-Systems, p.4

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf

(annotations added)

User Profiles
    Advanced Password Policy
    Password Expiration Period
    Menu/Access Level
    Allow Notes Creation
    Allow Notes Viewing
    Notes Signature

Source: ScerIS-DMS-Document-Management-Systems, p.4

https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf

(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | 1. The document is presented in the viewer, which is available in the browser and on mobile devices.<br><br>2. Thumbnails are presented of the pages in the document.  For emails with attachments, the attachments are listed in this panel and when selected are presented in the view.<br><br>3. The user can easily navigate between pages in a document using page flippers or insert page number.<br><br>4. The user can easily navigate between documents using document flippers, or select the document number in the list provided.<br><br>5. The user can add a private or public note.<br><br>Source: ScerIS etcetera-ecm<br><br>https://web.archive.org/web/20190823042642/https://www.sceris.com/etcetera-ecm/ (annotations added)<br><br>ScerIS/DMS in a more advanced use provides for process reviews and authorizations, alerts users to specific events or conditions, and seamlessly enables other applications with supporting documentation.<br><br>Source: ScerIS-DMS-Document-Management-Systems, p.2<br><br>https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf  (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**



Source: ETCETERA-ECM-Overview, p.3

https://www.sceris.com/wp-content/uploads/2022/12/ETCETERA-ECM-Overview.pdf  (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.<br><br>An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents.  The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

| Claim 16 | Accused Instrumentalities |
|---|---|
| **The system of claim 10 wherein said program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** <br><br> The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record. <br><br> The Accused Instrumentalities include "ScerIS/DMS" which provide a program for retrieving record corresponding to document (i.e., requested document) and transmit a URL link that point to the specific document" (i.e., document from data in the record). <br><br> Document Retrieval: Standard or Advanced Search Query functions produce Search Results (list of documents whose index values match those in the query). Queries can be based on exact matches, wild cards, ranges of values and <,>,< and >  Print Files can be further searched using the Text Searching function. Search results can be presented in a simple listing or in a tabbed presentation that typically represents the organization of documents in paper folders. <br><br> Source: ScerIS-DMS-Document-Management-Systems, p.4 <br><br> https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf <br> (annotations added) <br><br> Seamless Integration: Request documents directly from host applications using ScerIS Seamless Integration or add "Get Document" functions to existing applications and request documents using an URL address. <br><br> Source: ScerIS-DMS-Document-Management-Systems.pdf, p.4 <br><br> https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf <br> (annotations added) |

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16



Source: SceriS-DMS-Document-Management-Systems.pdf, p.2

https://www.sceris.com/wp-content/uploads/2012/12/SceriS-DMS-Document-Management-Systems.pdf
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Sceris, Inc. - Claim 16**

|  | ScerIS/DMS in its most basic use is an electronic document repository used for scanning documents; importing graphic files such as PDFs, JPEGs and DICOMs; importing files of multiple formats; importing print files; and storing documents presented by the ScerIS/PAS and ScerIS/WPS application environments.<br><br>Source: ScerIS-DMS-Document-Management-Systems.pdf, p.2<br><br>https://www.sceris.com/wp-content/uploads/2012/12/ScerIS-DMS-Document-Management-Systems.pdf<br>(annotations added)<br><br><br>The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "<protocol>://<host>" together with the directory tree structure assembled from the information about the document version "<client>/<version>/<name>". The complete URL takes the form <protocol>://<host>/<client>/<project>/<version>/<name>/." (See '082, e.g., 5:55-61). An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106 include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |